**Ronald E. BATCHELOR, D.C., Appellant,**

v.

**EMPLOYERS INSURANCE OF WAUSAU, A Mutual Company, Respondent.**

**No. WD 48749.**

Missouri Court of Appeals,
Western District.

June 21, 1994.

M. Ellen Bigge, Independence, for appellant.

Robert W. Cotter, Kansas City, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Plaintiff appeals a summary judgment entered in favor of the defendant insurance company in a suit for tortious interference with a contract or business relationship between the plaintiff and a workers compensation claimant.

Judgment affirmed. Rule 84.16(b).